AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GARY JACOBS and SCOOCHEE PET PRODUCTS, INC.<br><br>*Plaintiff(s)*<br>v.<br>EDUARDO RATINETZ, JEFFREY BOEING, PAWSITIVE MANUFACTURING, LLC, NATURAL HARVEST PET PRODUCTS, LLC, and THREE DOTS, INC.,<br><br>*Defendant(s)* | Civil Action No. 25-cv-01348-JMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EDUARDO RATINETZ, 701 Brickell Key Blvd., Apt 512, Miami, FL
JEFFREY BOEING, 4881 Boulder Lane, Barrington, IL
NATURAL HARVEST PET PRODUCTS, LLC, 4881 Boulder Lane, Barrington, IL
PAWSITIVE MANUFACTURING, LLC, 701 Brickell Key Blvd., Apt 512, Miami, FL
THREE DOTS, INC., 701 Brickell Key Blvd., Apt 512, Miami, FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　ROBERT HILTZIK
380 N. Broadway
Penthouse West
Jericho, NY 11753
(516) 308-4674

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
CLERK OF COURT

Date: 3/11/2025

*Sandra Felgueiras*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2: 25-cv-1348

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc: